No. 81–1114. ILLINOIS *v.* ABBOTT & ASSOCIATES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 455 U. S. 1015.] Motion of the Solicitor General to permit Richard G. Wilkins, Esquire, to present oral argument *pro hac vice* granted.

No. 81–1476. UNITED STATES *v.* RODGERS ET AL.; and UNITED STATES *v.* INGRAM ET AL. C. A. 5th Cir. [Certiorari granted, 456 U. S. 904.] Motion of the Solicitor General to permit George W. Jones, Jr., Esquire, to present oral argument *pro hac vice* granted.